**Exhibit A**

| Defendant | Host IP | Date (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 70.122.115.73 | 12/5/10 9:05 PM | Road Runner |
| Doe 2 | 74.67.192.91 | 11/21/10 8:18 PM | Road Runner |
| Doe 3 | 74.70.0.210 | 12/4/10 3:19 AM | Road Runner |
| Doe 4 | 74.87.139.33 | 11/22/10 2:01 AM | Road Runner |
| Doe 5 | 75.117.19.86 | 12/9/10 5:54 PM | Windstream Communications |
| Doe 6 | 75.176.86.230 | 12/5/10 8:07 PM | Road Runner |
| Doe 7 | 75.185.216.188 | 11/21/10 1:22 PM | Road Runner |
| Doe 8 | 75.201.39.62 | 12/8/10 7:03 AM | Cellco Partnership DBA Verizon Wireless |
| Doe 9 | 75.216.19.171 | 12/8/10 3:24 AM | Cellco Partnership DBA Verizon Wireless |
| Doe 10 | 75.27.35.66 | 12/8/10 5:45 PM | SBC Internet Services |
| Doe 11 | 75.36.224.76 | 11/20/10 10:09 PM | SBC Internet Services |
| Doe 12 | 75.45.85.218 | 11/22/10 4:47 AM | SBC Internet Services |
| Doe 13 | 74.239.22.117 | 12/9/10 5:14 AM | BellSouth.net |
| Doe 14 | 74.232.113.125 | 12/7/10 2:53 AM | BellSouth.net |
| Doe 15 | 72.44.2.28 | 12/12/10 8:23 PM | EarthLink |
| Doe 16 | 70.166.92.249 | 12/10/10 11:57 PM | Cox Communications |
| Doe 17 | 70.3.17.30 | 12/12/10 5:33 AM | Sprint PCS |
| Doe 18 | 71.118.36.39 | 12/9/10 8:03 PM | Verizon Internet Services |
| Doe 19 | 71.195.70.52 | 11/21/10 1:35 AM | Comcast Cable |
| Doe 20 | 71.197.77.60 | 12/8/10 11:27 PM | Comcast Cable |
| Doe 21 | 71.221.139.224 | 12/6/10 12:22 AM | Qwest Communications |
| Doe 22 | 71.23.75.100 | 12/6/10 1:31 AM | Clearwire Corporation |
| Doe 23 | 71.234.201.38 | 12/10/10 10:39 AM | Comcast Cable |
| Doe 24 | 71.65.215.22 | 12/7/10 4:36 AM | Road Runner |
| Doe 25 | 71.76.42.14 | 12/13/10 4:36 AM | Road Runner |
| Doe 26 | 71.83.227.122 | 11/20/10 11:30 PM | Charter Communications |
| Doe 27 | 75.45.86.250 | 11/22/10 6:43 PM | SBC Internet Services |
| Doe 28 | 75.50.107.232 | 12/9/10 5:38 AM | SBC Internet Services |
| Doe 29 | 97.123.42.42 | 12/7/10 3:32 AM | Qwest Communications |
| Doe 30 | 97.127.142.47 | 12/7/10 6:29 AM | Qwest Communications |
| Doe 31 | 97.85.187.41 | 12/13/10 3:57 AM | Charter Communications |
| Doe 32 | 98.145.204.31 | 12/9/10 6:36 AM | Road Runner |
| Doe 33 | 98.157.217.248 | 11/21/10 9:19 PM | Road Runner |
| Doe 34 | 98.176.175.104 | 12/4/10 6:59 PM | Cox Communications |
| Doe 35 | 98.204.63.214 | 12/6/10 2:18 PM | Comcast Cable |
| Doe 36 | 98.206.101.200 | 12/8/10 4:10 AM | Comcast Cable |
| Doe 37 | 98.214.183.242 | 12/13/10 5:39 AM | Comcast Cable |
| Doe 38 | 98.237.20.158 | 12/5/10 10:33 PM | Comcast Cable |
| Doe 39 | 99.54.95.29 | 12/11/10 8:34 AM | SBC Internet Services |

| | | | |
|---|---|---|---|
| Doe 40 | 97.123.40.77 | 12/7/10 2:40 AM | Qwest Communications |
| Doe 41 | 96.24.19.102 | 12/9/10 6:49 PM | Clearwire Corporation |
| Doe 42 | 96.18.200.244 | 12/10/10 11:21 PM | CABLE ONE |
| Doe 43 | 75.68.83.88 | 12/13/10 4:55 AM | Comcast Cable |
| Doe 44 | 75.75.14.197 | 11/20/10 12:28 PM | Comcast Cable |
| Doe 45 | 75.94.83.105 | 12/8/10 10:02 AM | Clearwire Corporation |
| Doe 46 | 76.102.247.13 | 11/21/10 8:28 PM | Comcast Cable |
| Doe 47 | 76.14.101.95 | 12/7/10 1:31 AM | Wave Broadband |
| Doe 49 | 76.167.204.220 | 12/11/10 3:00 AM | Road Runner |
| Doe 50 | 76.183.123.34 | 12/4/10 6:04 PM | Road Runner |
| Doe 51 | 76.21.67.72 | 12/5/10 8:40 AM | Comcast Cable |
| Doe 52 | 76.85.181.137 | 12/4/10 5:06 PM | Road Runner |
| Doe 53 | 76.98.8.251 | 12/4/10 7:13 AM | Comcast Cable |
| Doe 54 | 99.69.141.24 | 12/10/10 4:26 AM | SBC Internet Services |
| Doe 55 | 70.116.76.107 | 12/8/10 3:47 AM | Road Runner |
| Doe 56 | 108.0.80.123 | 12/7/10 8:29 AM | Verizon Internet Services |
| Doe 57 | 184.209.89.121 | 12/12/10 4:51 AM | Sprint PCS |
| Doe 58 | 184.57.99.193 | 12/10/10 4:28 PM | Road Runner |
| Doe 59 | 184.76.110.11 | 12/10/10 9:39 PM | Clearwire Corporation |
| Doe 60 | 184.77.239.89 | 11/21/10 3:20 AM | Clearwire Corporation |
| Doe 62 | 208.118.26.229 | 12/8/10 8:43 AM | EarthLink |
| Doe 63 | 208.44.30.134 | 11/20/10 4:42 PM | Qwest Communications |
| Doe 64 | 208.54.85.60 | 12/4/10 10:10 AM | T-MOBILE USA |
| Doe 67 | 24.107.185.100 | 12/11/10 12:53 PM | Charter Communications |
| Doe 69 | 174.61.69.62 | 12/5/10 12:29 PM | Comcast Cable |
| Doe 70 | 174.48.110.38 | 11/20/10 7:04 PM | Comcast Cable |
| Doe 71 | 108.28.37.173 | 12/6/10 7:08 AM | Verizon Internet Services |
| Doe 74 | 173.168.135.96 | 12/10/10 7:10 PM | Road Runner |
| Doe 75 | 173.247.18.192 | 12/11/10 12:38 PM | EPB Telecom |
| Doe 76 | 173.25.182.112 | 12/10/10 4:24 PM | Mediacom Communications Corp |
| Doe 77 | 173.3.82.72 | 12/4/10 10:40 PM | Optimum Online |
| Doe 78 | 173.63.234.32 | 12/12/10 6:59 AM | Verizon Internet Services |
| Doe 79 | 173.76.22.189 | 12/8/10 2:09 PM | Verizon Internet Services |
| Doe 80 | 173.81.102.128 | 12/9/10 2:28 PM | Suddenlink Communications |
| Doe 81 | 174.109.152.57 | 12/13/10 2:19 AM | Road Runner |
| Doe 82 | 24.13.173.14 | 12/10/10 1:35 AM | Comcast Cable |
| Doe 83 | 24.186.48.84 | 11/21/10 4:47 AM | Optimum Online |
| Doe 84 | 67.61.76.77 | 12/12/10 12:59 AM | CABLE ONE |
| Doe 85 | 68.195.84.157 | 12/12/10 7:36 PM | Optimum Online |
| Doe 86 | 68.28.169.228 | 12/12/10 4:23 AM | Sprint PCS |
| Doe 87 | 68.39.141.120 | 12/11/10 12:44 AM | Comcast Cable |
| Doe 88 | 69.112.184.106 | 12/10/10 6:49 PM | Optimum Online |

| Doe 89 | 69.119.29.192 | 12/12/10 10:53 AM | Optimum Online |
|---|---|---|---|
| Doe 90 | 69.140.251.237 | 11/22/10 7:56 PM | Comcast Cable |
| Doe 91 | 69.151.103.240 | 12/12/10 12:01 AM | SBC Internet Services |
| Doe 92 | 69.180.15.166 | 12/6/10 2:06 AM | Comcast Cable |
| Doe 93 | 69.181.133.206 | 12/5/10 3:40 AM | Comcast Cable |
| Doe 94 | 69.255.107.176 | 11/22/10 6:53 AM | Comcast Cable |
| Doe 95 | 67.243.34.93 | 12/5/10 6:28 PM | Road Runner |
| Doe 97 | 67.187.49.130 | 12/12/10 1:16 AM | Comcast Cable |
| Doe 98 | 24.20.207.24 | 12/10/10 11:38 AM | Comcast Cable |
| Doe 99 | 24.22.165.111 | 12/12/10 8:02 AM | Comcast Cable |
| Doe 100 | 24.234.50.215 | 11/21/10 4:11 PM | Cox Communications |
| Doe 101 | 24.24.254.155 | 11/21/10 12:00 PM | Road Runner |
| Doe 102 | 66.168.224.192 | 12/6/10 3:33 PM | Charter Communications |
| Doe 103 | 66.215.121.249 | 11/22/10 12:45 PM | Charter Communications |
| Doe 104 | 66.74.52.220 | 12/9/10 6:29 PM | Road Runner |
| Doe 105 | 67.11.74.198 | 12/12/10 10:17 AM | Road Runner |
| Doe 106 | 67.126.239.130 | 12/5/10 3:45 PM | SBC Internet Services |
| Doe 107 | 67.149.89.174 | 11/20/10 9:18 PM | WideOpenWest |
| Doe 108 | 67.160.69.1 | 12/4/10 6:04 AM | Comcast Cable |
| Doe 109 | 70.112.189.3 | 12/5/10 7:38 PM | Road Runner |