

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SERIOUS BIDNESS, LLC,                §
    Plaintiff,                          §
                                  §
                                  §   Civil No. 11-cv-2-F
v.                                  §
                                  §
DOES 1-109,                          §
    Defendants,                         §

## ORDER VACATING THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE AND ORDER TO SHOW CAUSE

On January 28, 2011, the Court Granted Plaintiff's Motion for Leave to Take Discovery Prior to Rule26(f) Conference. *See* Docket No. 5.  After further consideration, the Court finds that the Discovery Motion concerns matters that could materially affect the interest of the Defendant Does, but because the Defendants' identities have yet to be ascertained, the Does cannot represent their interests before this Court.  Accordingly, the Court VACATES its Order granting Plaintiff's Motion for Leave to Take Discovery.

Additionally, the Court enters this Order to Show Cause why the Court should not appoint attorneys ad litem to represent the Does' interests in the Motion for Leave to Take Discovery.  It is ORDERED that Plaintiff RESPOND to this Order to Show Cause on or before **February 28, 2011.**  In the event that there is no response to this Order the Court will appoint attorneys ad litem to represent the Does' interests in the Motion for Leave to Take Discovery.

1

Further, it is ORDERED that the internet service providers ("ISPs") listed in Exhibit

A to this Order preserve existing activity reports for each Internet Protocol ("IP") address

listed in Exhibit A pending the resolution of the Discovery Motion.  The ISPs are required

to retain activity records only for the specific date and time logged for each IP address, and

then only to the extent necessary to identify each Doe defendant's name, address, telephone

number, e-mail address, and Media Access Control address.  Plaintiff is directed to serve a

copy of this Order on each affected ISP.  The ISPs have thirty (30) days from the date of this

Order to respond to the Discovery Motion, if they desire to do so.

It is so Ordered.

Signed this 7 day of February, 2011.

Royal Furgeson
Senior United States District Judge

**Exhibit A**

| Defendant | Host IP | Date (GMT) | ISP |
|---|---|---|---|
| Doe 1 | 70.122.115.73 | 12/5/10 9:05 PM | Road Runner |
| Doe 2 | 74.67.192.91 | 11/21/10 8:18 PM | Road Runner |
| Doe 3 | 74.70.0.210 | 12/4/10 3:19 AM | Road Runner |
| Doe 4 | 74.87.139.33 | 11/22/10 2:01 AM | Road Runner |
| Doe 5 | 75.117.19.86 | 12/9/10 5:54 PM | Windstream Communications |
| Doe 6 | 75.176.86.230 | 12/5/10 8:07 PM | Road Runner |
| Doe 7 | 75.185.216.188 | 11/21/10 1:22 PM | Road Runner |
| Doe 8 | 75.201.39.62 | 12/8/10 7:03 AM | Cellco Partnership DBA Verizon Wireless |
| Doe 9 | 75.216.19.171 | 12/8/10 3:24 AM | Cellco Partnership DBA Verizon Wireless |
| Doe 10 | 75.27.35.66 | 12/8/10 5:45 PM | SBC Internet Services |
| Doe 11 | 75.36.224.76 | 11/20/10 10:09 PM | SBC Internet Services |
| Doe 12 | 75.45.85.218 | 11/22/10 4:47 AM | SBC Internet Services |
| Doe 13 | 74.239.22.117 | 12/9/10 5:14 AM | BellSouth.net |
| Doe 14 | 74.232.113.125 | 12/7/10 2:53 AM | BellSouth.net |
| Doe 15 | 72.44.2.28 | 12/12/10 8:23 PM | EarthLink |
| Doe 16 | 70.166.92.249 | 12/10/10 11:57 PM | Cox Communications |
| Doe 17 | 70.3.17.30 | 12/12/10 5:33 AM | Sprint PCS |
| Doe 18 | 71.118.36.39 | 12/9/10 8:03 PM | Verizon Internet Services |
| Doe 19 | 71.195.70.52 | 11/21/10 1:35 AM | Comcast Cable |
| Doe 20 | 71.197.77.60 | 12/8/10 11:27 PM | Comcast Cable |
| Doe 21 | 71.221.139.224 | 12/6/10 12:22 AM | Qwest Communications |
| Doe 22 | 71.23.75.100 | 12/6/10 1:31 AM | Clearwire Corporation |
| Doe 23 | 71.234.201.38 | 12/10/10 10:39 AM | Comcast Cable |
| Doe 24 | 71.65.215.22 | 12/7/10 4:36 AM | Road Runner |
| Doe 25 | 71.76.42.14 | 12/13/10 4:36 AM | Road Runner |
| Doe 26 | 71.83.227.122 | 11/20/10 11:30 PM | Charter Communications |
| Doe 27 | 75.45.86.250 | 11/22/10 6:43 PM | SBC Internet Services |
| Doe 28 | 75.50.107.232 | 12/9/10 5:38 AM | SBC Internet Services |
| Doe 29 | 97.123.42.42 | 12/7/10 3:32 AM | Qwest Communications |
| Doe 30 | 97.127.142.47 | 12/7/10 6:29 AM | Qwest Communications |
| Doe 31 | 97.85.187.41 | 12/13/10 3:57 AM | Charter Communications |
| Doe 32 | 98.145.204.31 | 12/9/10 6:36 AM | Road Runner |
| Doe 33 | 98.157.217.248 | 11/21/10 9:19 PM | Road Runner |
| Doe 34 | 98.176.175.104 | 12/4/10 6:59 PM | Cox Communications |
| Doe 35 | 98.204.63.214 | 12/6/10 2:18 PM | Comcast Cable |
| Doe 36 | 98.206.101.200 | 12/8/10 4:10 AM | Comcast Cable |
| Doe 37 | 98.214.183.242 | 12/13/10 5:39 AM | Comcast Cable |
| Doe 38 | 98.237.20.158 | 12/5/10 10:33 PM | Comcast Cable |
| Doe 39 | 99.54.95.29 | 12/11/10 8:34 AM | SBC Internet Services |

| Doe 40 | 97.123.40.77 | 12/7/10 2:40 AM | Qwest Communications |
|---|---|---|---|
| Doe 41 | 96.24.19.102 | 12/9/10 6:49 PM | Clearwire Corporation |
| Doe 42 | 96.18.200.244 | 12/10/10 11:21 PM | CABLE ONE |
| Doe 43 | 75.68.83.88 | 12/13/10 4:55 AM | Comcast Cable |
| Doe 44 | 75.75.14.197 | 11/20/10 12:28 PM | Comcast Cable |
| Doe 45 | 75.94.83.105 | 12/8/10 10:02 AM | Clearwire Corporation |
| Doe 46 | 76.102.247.13 | 11/21/10 8:28 PM | Comcast Cable |
| Doe 47 | 76.14.101.95 | 12/7/10 1:31 AM | Wave Broadband |
| Doe 49 | 76.167.204.220 | 12/11/10 3:00 AM | Road Runner |
| Doe 50 | 76.183.123.34 | 12/4/10 6:04 PM | Road Runner |
| Doe 51 | 76.21.67.72 | 12/5/10 8:40 AM | Comcast Cable |
| Doe 52 | 76.85.181.137 | 12/4/10 5:06 PM | Road Runner |
| Doe 53 | 76.98.8.251 | 12/4/10 7:13 AM | Comcast Cable |
| Doe 54 | 99.69.141.24 | 12/10/10 4:26 AM | SBC Internet Services |
| Doe 55 | 70.116.76.107 | 12/8/10 3:47 AM | Road Runner |
| Doe 56 | 108.0.80.123 | 12/7/10 8:29 AM | Verizon Internet Services |
| Doe 57 | 184.209.89.121 | 12/12/10 4:51 AM | Sprint PCS |
| Doe 58 | 184.57.99.193 | 12/10/10 4:28 PM | Road Runner |
| Doe 59 | 184.76.110.11 | 12/10/10 9:39 PM | Clearwire Corporation |
| Doe 60 | 184.77.239.89 | 11/21/10 3:20 AM | Clearwire Corporation |
| Doe 62 | 208.118.26.229 | 12/8/10 8:43 AM | EarthLink |
| Doe 63 | 208.44.30.134 | 11/20/10 4:42 PM | Qwest Communications |
| Doe 64 | 208.54.85.60 | 12/4/10 10:10 AM | T-MOBILE USA |
| Doe 67 | 24.107.185.100 | 12/11/10 12:53 PM | Charter Communications |
| Doe 69 | 174.61.69.62 | 12/5/10 12:29 PM | Comcast Cable |
| Doe 70 | 174.48.110.38 | 11/20/10 7:04 PM | Comcast Cable |
| Doe 71 | 108.28.37.173 | 12/6/10 7:08 AM | Verizon Internet Services |
| Doe 74 | 173.168.135.96 | 12/10/10 7:10 PM | Road Runner |
| Doe 75 | 173.247.18.192 | 12/11/10 12:38 PM | EPB Telecom |
| Doe 76 | 173.25.182.112 | 12/10/10 4:24 PM | Mediacom Communications Corp |
| Doe 77 | 173.3.82.72 | 12/4/10 10:40 PM | Optimum Online |
| Doe 78 | 173.63.234.32 | 12/12/10 6:59 AM | Verizon Internet Services |
| Doe 79 | 173.76.22.189 | 12/8/10 2:09 PM | Verizon Internet Services |
| Doe 80 | 173.81.102.128 | 12/9/10 2:28 PM | Suddenlink Communications |
| Doe 81 | 174.109.152.57 | 12/13/10 2:19 AM | Road Runner |
| Doe 82 | 24.13.173.14 | 12/10/10 1:35 AM | Comcast Cable |
| Doe 83 | 24.186.48.84 | 11/21/10 4:47 AM | Optimum Online |
| Doe 84 | 67.61.76.77 | 12/12/10 12:59 AM | CABLE ONE |
| Doe 85 | 68.195.84.157 | 12/12/10 7:36 PM | Optimum Online |
| Doe 86 | 68.28.169.228 | 12/12/10 4:23 AM | Sprint PCS |
| Doe 87 | 68.39.141.120 | 12/11/10 12:44 AM | Comcast Cable |
| Doe 88 | 69.112.184.106 | 12/10/10 6:49 PM | Optimum Online |

| Doe 89 | 69.119.29.192 | 12/12/10 10:53 AM | Optimum Online |
| Doe 90 | 69.140.251.237 | 11/22/10 7:56 PM | Comcast Cable |
| Doe 91 | 69.151.103.240 | 12/12/10 12:01 AM | SBC Internet Services |
| Doe 92 | 69.180.15.166 | 12/6/10 2:06 AM | Comcast Cable |
| Doe 93 | 69.181.133.206 | 12/5/10 3:40 AM | Comcast Cable |
| Doe 94 | 69.255.107.176 | 11/22/10 6:53 AM | Comcast Cable |
| Doe 95 | 67.243.34.93 | 12/5/10 6:28 PM | Road Runner |
| Doe 97 | 67.187.49.130 | 12/12/10 1:16 AM | Comcast Cable |
| Doe 98 | 24.20.207.24 | 12/10/10 11:38 AM | Comcast Cable |
| Doe 99 | 24.22.165.111 | 12/12/10 8:02 AM | Comcast Cable |
| Doe 100 | 24.234.50.215 | 11/21/10 4:11 PM | Cox Communications |
| Doe 101 | 24.24.254.155 | 11/21/10 12:00 PM | Road Runner |
| Doe 102 | 66.168.224.192 | 12/6/10 3:33 PM | Charter Communications |
| Doe 103 | 66.215.121.249 | 11/22/10 12:45 PM | Charter Communications |
| Doe 104 | 66.74.52.220 | 12/9/10 6:29 PM | Road Runner |
| Doe 105 | 67.11.74.198 | 12/12/10 10:17 AM | Road Runner |
| Doe 106 | 67.126.239.130 | 12/5/10 3:45 PM | SBC Internet Services |
| Doe 107 | 67.149.89.174 | 11/20/10 9:18 PM | WideOpenWest |
| Doe 108 | 67.160.69.1 | 12/4/10 6:04 AM | Comcast Cable |
| Doe 109 | 70.112.189.3 | 12/5/10 7:38 PM | Road Runner |